**Order entered May 11, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01196-CR

**MICHAEL POLLARD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-60037-V**

## ORDER

By order dated May 9, 2016, we ordered Jeffrey Buchwald to file appellant's brief no later than May 24, 2016. That same day, Mr. Buchwald filed a motion to extend time to file appellant's brief until May 19, 2016. We **DENY** the motion as moot. Appellant's brief is due on or before May 24, 2016.

/s/     ADA BROWN
                JUSTICE